IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES for the use and benefit of AWY HOLDINGS, INC., an Arizona corporation, d/b/a TEMPE MECHANICAL,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH CONSTRUCTION MANAGEMENT, LLC, an Arizona limited liability company; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Delaware corporation,<br><br>    Defendants. | Case No.: 1:13-cv-00037 KG-SCY |

### ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to stipulation of the parties,

IT IS HEREBY ORDERED that this entire action, including all claims asserted by any party, be dismissed, with prejudice, with the parties bearing their own attorneys' fees and costs. Notwithstanding anything to the contrary in this Order, Merchants Bonding Company does not release any claims it has against Plaintiff for indemnity under the applicable indemnity agreements between Plaintiff and Merchants Bonding Company, including, but not limited to, its claim for attorneys' fees and costs.

_____
**UNITED STATES DISTRICT JUDGE**

Prepared and Submitted by:

JENNINGS, HAUG & CUNNINGHAM, L.L.P.


/s/ Matthew H. Sloan
Matthew H. Sloan
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
Telephone:	602-234-7800
Facsimile:	602-277-5595
Attorneys for Travelers Casualty &
Surety Company of America and
Smith Construction Management, LLC


Approved by:

ROYER LAW OFFICE, P.C.


/s/ Kenneth G. Royer – approved via e-mail October 21, 2014
Kenneth G. Royer
P.O. Box 93065
Phoenix, AZ  85070-3065
Telephone:	480-460-6371
Facsimile:	480-460-3403
Attorneys for AWY Holdings, Inc.
d.b.a. Tempe Mechanical


Approved by:

LANGLEY LLP


/s/ Robert J. Berens – approved via e-mail October 21, 2014
Robert J. Berens
76 E. Mitchell Drive
Phoenix, AZ  85012
Telephone:	602-428-7339
Facsimile:	602-795-6077
Attorneys for Merchants Bonding Company